UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE CAMPBELL,

      Plaintiff,

v.                                            Case No:  2:12-cv-564-FtM-38CM

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Carol Mirando recommending that the decision of the Commissioner be Affirmed (Doc. #25) filed on February 28, 2014.  Judge Mirando recommends affirming the decision of the Commissioner, thereby partially denying Plaintiff, Michelle Campbell's request for disability and Social Security Disability Insurance Benefits from October 1, 2006, through April 1, 2008.  (Doc. #25).  Neither Plaintiff nor the Commissioner filed objections to the Report and Recommendation, and the time to do so has now expired.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

## **STANDARD OF REVIEW**

The Court reviews the Commissioner decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if substantial evidence supports the decision reached. Crawford, 363 F.3d at 1158-59. The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. Moore, 405 F.3d at 1211; Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). The magistrate judge, district judge, and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn v. Comm'r of Soc. Sec., 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004). After careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court accepts the Report and Recommendation in its entirety.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation of United States Magistrate Judge Carol Mirando affirming the decision of the Commissioner (Doc. #25) is **ACCEPTED and ADOPTED**.

(2) The Decision of the Commissioner is **AFFIRMED**.

(3) The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record